NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINA PAYLAN, M.D., )
)
      Appellant, )
)
v. )     Case No. 2D18-186
)
BRIAN BISHOP, in his individual capacity, )
and MARK DETRIO, in his individual )
capacity, )
)
      Appellees. )
_____ )

Opinion filed August 24, 2018.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Christina Paylan, M.D., pro se.

Andrew I. Dayes of Dayes Law Firm, PLLC,
Clearwater, for Appellees.

PER CURIAM.

      Affirmed.

SILBERMAN, SLEET, and ATKINSON, JJ., Concur.